UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZODIAC POOL CARE, INC., | ) Case No. 07cv0324-WQH (BLM) |
| Plaintiff, | ) **ORDER VACATING HEARING** |
| v. | ) |
| PENTAIR WATER POOL AND SPA, INC., | ) |
| Defendant. | ) |

Based on the representations made by Defendant's counsel, Paul Tauger, in his declaration [Doc. No. 23] in response to the Court's June 13, 2007 Order to Show Cause Why Sanctions Should Not be Imposed [Doc. No. 21], the Court finds it inappropriate to impose sanctions at this time. Accordingly, the hearing set for July 12, 2007 at 9:00 a.m. is hereby **VACATED.**

**IT IS SO ORDERED.**

DATED: July 6, 2007

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL