UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZODIAC POOL CARE, INC., | ) Case No. 07cv0324-WQH (BLM) |
| Plaintiff, | ) **ORDER SETTING HEARING DATE AND** |
| | ) **EXPEDITED BRIEFING SCHEDULE** |
| v. | ) |
| PENTAIR WATER POOL AND SPA, INC., | ) |
| Defendant. | ) |

On October 2, 2007, Plaintiff's counsel requested a hearing date for a motion to compel responses to requests for production. This order sets forth a hearing date and briefing schedule for that motion:

1. Plaintiff shall file the aforementioned discovery motion on or before **October 5, 2007**;

2. Defendant's opposition to this motion shall be filed on or before **October 12, 2007**; and,

3. Any reply shall be filed on or before **October 17, 2007**.

A hearing date of **October 19, 2007** at **9:00 a.m.** is assigned. To the extent Plaintiff seeks to continue any dates or deadlines set forth in the Court's June 13, 2007 scheduling order [Doc. No. 20], Plaintiff

07cv0324-WQH (BLM)

must do so by separate motion.  The motion will be heard on the schedule set forth above.

**IT IS SO ORDERED.**

DATED:   October 2, 2007

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES