# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZODIAC POOL CARE, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PENTAIR WATER POOL and SPA, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07CV324 WQH (BLM)<br><br>ORDER GRANTING JOINT EX PARTE APPLICATION TO CONTINUE CLAIMS CONSTRUCTIONS BRIEFING DATES  (Doc. # 75) |

HAYES, Judge:

On February 20, 2007, Plaintiff Zodiac Pool Care, Inc. filed a Complaint for patent infringement against Defendant Pentair Water Pool and Spa, Inc. (Doc. # 1). On October 19, 2007, Magistrate Judge Major issued a Revised Case Management Conference Order setting pretrial dates related to discovery and claims construction. (Doc. # 66). The claims construction hearing is set for April 4, 2008, at 1:00 P.M. (Doc. # 69). On January 16, 2008, the parties filed a joint ex parte application to continue the dates upon which the claims construction briefing is due in order to pursue potentially imminent settlement. (Doc. # 73). Good cause appearing, the Court granted the joint ex parte application. (Doc. # 74).

On January 29, 2008, the parties filed a second joint motion to continue the dates upon which the claims construction briefing is due in order to further pursue settlement. (Doc. # 75). Good cause appearing, the joint motion (Doc. # 75) is GRANTED.

1   It is HEREBY ORDERED that:

2   (1) The date upon which the parties shall simultaneously file and serve opening claims construction briefs and any evidence supporting their claim construction is continued from February 1, 2008, to February 15, 2008.

(2) The date upon which the parties shall simultaneously file and serve briefs responsive to the opposing party's opening brief and any evidence directly rebutting the supporting evidence contained in the opposing party's opening brief is continued from February 15, 2008, to February 29, 2008.

**IT IS SO ORDERED**.

DATED: January 31, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge