1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    ZODIAC POOL CARE, INC., a Delaware          CASE NO. 07CV324 WQH (BLM)
      corporation,
12                                                 ORDER DISMISSING THIS ACTION
                                     Plaintiff,    WITH PREJUDICE
13           vs.
14    PENTAIR WATER POOL AND SPA, INC.,
      a Delaware corporation,
15                                   Defendant.
16

17    HAYES, Judge:

18           On February 20, 2007, Plaintiff Zodiac Pool Care, Inc. filed the Complaint in this matter

19    against Defendant Pentair Water Pool and Spa, Inc.  (Doc. # 1).  On February 25, 2008, the parties

20    filed a joint motion to dismiss this action in its entirety and with prejudice.  (Doc. # 77).

21           Good cause appearing, the joint motion to dismiss this action (Doc. # 77) is GRANTED.  This

22    action is hereby dismissed in its entirety and with prejudice.  The Court shall retain jurisdiction to

23    enforce the terms of the settlement agreement.

24           **IT IS SO ORDERED**.

25    DATED:  February 26, 2008

26                                        _William Q. Hayes_
                                          **WILLIAM Q. HAYES**
27                                        United States District Judge

28

- 1 -                                07CV324 WQH (BLM)